1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ELLEN M. RICHMOND (State Bar No. 277266)
   ellen.richmond@mto.com
3  JOSHUA PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA 94105-4000
   Telephone:  (415) 512-4000
6  Facsimile:   (415) 512-4077

7  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
9  Los Angeles, California 90071-1560
   Telephone:  (213) 683-9100
10 Facsimile:   (213) 687-3702

11 Attorneys for Plaintiff Airbnb, Inc.

12              UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

14                  WESTERN DIVISION

15

16 AIRBNB, INC.,                        Case No. 2:16-cv-6645

17              Plaintiff,              **NOTICE OF RELATED CASES**

18        vs.

19 CITY OF SANTA MONICA,

20              Defendant.

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 83-1.3, Plaintiff Airbnb, Inc. ("Airbnb") respectfully submits this Notice of Related Cases. The instant case appears to be related to the following actions that have been filed in the Central District of California.

1. The instant case "arise[s] from the same or a closely related transaction, happening or event," Civ. L.R. 83-1.3.1(a), and "call[s] for determination of the same or substantially related or similar questions of law and fact," Civ. L.R. 83-1.3.1(b), as *HomeAway.com, Inc. v. City of Santa Monica*, No. 2:16-cv-6641 (C.D. Cal.), filed the same day as the instant case. Airbnb and HomeAway.com, Inc. ("HomeAway") have broadly similar business models and raise challenges to the same municipal ordinance under substantially the same theories of relief. Airbnb and HomeAway have prepared a joint Motion for Preliminary Injunction that is being filed today in the instant matter in the expectation that Airbnb's and HomeAway's cases will be related together before the same Judge and will proceed together, in the interest of judicial economy.

2. The instant case appears to "arise from the same or a closely related transaction, happening or event," Civ. L.R. 83-1.3.1(a), as *Rosenblatt v. City of Santa Monica*, No. 2:16-cv-04481-ODW-AGR (C.D. Cal.), which has been assigned to the Honorable Otis D. Wright II. In the instant case, Airbnb and HomeAway seek injunctive and declaratory relief against the City of Santa Monica (the "City"), preventing the City from enforcing against them Sections 6.20.030, 6.20.050, and 6.20.100 of the Santa Monica Municipal Code, which pertain to short-term housing rentals. In *Rosenblatt*, the plaintiff, on behalf of a proposed class of owners of residential property in the City, seeks to enjoin the application of these same provisions, as well as other code provisions enacted by City Ordinance 2484CCS.

The instant case and *Rosenblatt* differ in important respects. For instance, Airbnb and HomeAway are hosting platforms, not property owners, and seek relief

1  under Section 230 of the federal Communications Decency Act (CDA), 47 U.S.C.

2  § 230, and under the First and Fourteenth Amendments of the U.S. Constitution.

3  The plaintiff in *Rosenblatt* is not a hosting platform and seeks relief under the

4  Commerce Clause and Takings Clause of the U.S. Constitution, as well as under

5  California inverse condemnation law.  Nonetheless, because both lawsuits seek to

6  enjoin application of provisions of the same municipal ordinance, they appear to

7  constitute related cases within the meaning of Civil Local Rule 83-1.3.1(a).

8       According to the ECF docket, *Rosenblatt* remains pending as of today's date.

9  The plaintiff has moved for class certification and for a preliminary injunction.  The

10 City has moved to dismiss.

11      3.  The instant case also appears to "call for determination of the same or

12 substantially related or similar questions of law and fact," Civ. L.R. 83-1.3.1(b), as

13 *Airbnb, Inc. v. City of Anaheim*, No. 8:16-cv-01398-AG-FFM (C.D. Cal.), and

14 *HomeAway.com, Inc. v. City of Anaheim*, No. 8:16-cv-01402-AG-FFM (C.D. Cal.),

15 both of which were assigned to the Honorable Andrew J. Guilford.  In these

16 lawsuits, Airbnb and HomeAway sought to enjoin the application of an ordinance

17 enacted by Anaheim (Ordinance No. 6374) that is substantially similar to the

18 ordinance enacted by Santa Monica at issue in the instant case.  In the Anaheim

19 cases, as here, the plaintiff hosting platforms sought relief under Section 230 of the

20 CDA as well as the First and Fourteenth Amendments, and on substantially the same

21 rationale.  Thus, although the Anaheim cases involved an ordinance enacted by a

22 different municipality, those lawsuits nonetheless appear to constitute related cases

23 within the meaning of Civil Local Rule 83-1.3.1(b).

24      After the filing of Airbnb's and HomeAway's lawsuits against Anaheim,

25 counsel for Anaheim made a determination that Ordinance No. 6374 does not apply

26 to hosting platforms such as Airbnb and HomeAway.  *See* Anaheim Mun. Code

27 4.05.120.030 (providing that ordinance "will not apply" to hosting platforms "if

28 determined by the city" that such application would violate state or federal law).

-2-

1    Counsel for Anaheim sent a letter to counsel for Airbnb and HomeAway informing

2    them of this determination.  Airbnb and HomeAway then dismissed their lawsuits

3    against Anaheim without prejudice.  *See Airbnb, Inc. v. City of Anaheim*, No. 8:16-

4    cv-01398-AG-FFM (C.D. Cal.), ECF No. 12 (Aug. 22, 2016); *HomeAway.com, Inc.*

5    *v. City of Anaheim*, No. 8:16-cv-01402-AG-FFM (C.D. Cal.), ECF No. 8 (Aug. 22,

6    2016).

7

8    DATED:  September 2, 2016              MUNGER, TOLLES & OLSON LLP

9

10

11                                          By:  */s/ Jonathan H. Blavin*
                                                JONATHAN H. BLAVIN
12                                              Attorneys for Plaintiff Airbnb, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28