JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AIRBNB, INC., and HOMEAWAY.COM, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA MONICA,<br><br>Defendant. | Case Nos. 2:16-cv-6645, 2:16-cv-6641<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Plaintiff Airbnb, Inc. in the above captioned matter. I have personal knowledge of the facts set forth below, and could testify competently to those facts if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the City of Santa Monica's "Home-Sharing Ordinance Rules," effective July 1, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of these rules from the following website: https://www.smgov.net/uploadedFiles/Departments/PCD/Permits/Santa%20Monica%20HomeSharing%20Rules%20-%20FINAL%20EFFECTIVE%20JUNE%2012%202015.pdf.

3. Attached hereto as Exhibit B is a true and correct copy of a letter written by Kristin A. Pelletier, Acting City Attorney for the City of Anaheim, dated August 10, 2016. Ms. Pelletier transmitted the letter to me via email on August 10, 2016.

4. Attached hereto as Exhibit C is a true and correct copy of an article in the *Orange County Register* written by Lily Leung entitled "Anaheim Won't Fine Websites Like Airbnb for Illegal Short-Term Rental Listings," published on August 22, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://www.ocregister.com/articles/city-726671-term-short.html.

5. Attached hereto as Exhibit D is a true and correct copy of a report produced by the City of Santa Monica's Director of Planning and Community Development for the Santa Monica City Council, dated April 28, 2015. Munger, Tolles & Olson employees working at my direction obtained a copy of this report from the following website: https://www.smgov.net/departments/council/agendas/2015/20150428/s2015042807-A.pdf.

DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF PLAINTIFFS' MOT. FOR PRELIM. INJ.

6. Attached hereto as Exhibit E is a true and correct copy of an article on KQED News's website written by Ben Bergman entitled "Why Airbnb Paid $20,000 to the City of Santa Monica," published on July 28, 2016.  Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://ww2.kqed.org/news/2016/07/28/why-airbnb-paid-20000-to-the-city-of-santa-monica/.

7. Attached hereto as Exhibit F is a true and correct copy of an article in the *Los Angeles Times* by Hailey Branson-Potts entitled "Santa Monica Convicts Its First Airbnb Host Under Tough Home-Sharing Laws," published on July 13, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://www.latimes.com/local/lanow/la-me-ln-santa-monica-airbnb-conviction-20160713-snap-story.html.

Executed on September 2, 2016, in San Francisco, California.

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin

-2-
DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF PLAINTIFFS' MOT. FOR PRELIM. INJ.