JASON HARROW (CA State Bar No. 308560)
DAVIS WRIGHT TREMAINE LLP
865 S Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: jasonharrow@dwt.com

JAMES C. GRANT (*pro hac vice* application to be filed)
  jamesgrant@dwt.com
AMBIKA K. DORAN (*pro hac vice* application to be filed)
  ambikadoran@dwt.com
ERIC M. STAHL (CA State Bar No. 292637)
  ericstahl@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Attorneys for HomeAway.com, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AIRBNB, INC. and HOMEAWAY.COM, INC.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>CITY OF SANTA MONICA,<br><br>      Defendant. | Case Nos. 2:16-cv-6645, 2:16-cv-6641<br><br>**DECLARATION OF BILL FURLONG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

   I, Bill Furlong, declare:

FURLONG DECLARATION
DWT 30247787v6 0098221-000010

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1. I am Vice President of North American business for HomeAway.com, Inc. ("HomeAway"). I make this statement from personal knowledge and am competent to testify to the matters herein.

2. Since 2006, HomeAway has operated an online forum that allows property owners to list their properties for short-term rentals and connect with individuals who are looking to rent a house or apartment when visiting a city, rather than stay in a hotel. Three of HomeAway's websites are directed primarily to listings and travelers in the United States: HomeAway.com, VRBO.com, and VacationRentals.com. These sites provide listings and allow owners to connect with travelers in all fifty states. Thousands of owners have listed properties in Santa Monica on HomeAway's websites in 2016.

3. HomeAway does not own or operate any properties and is not a party to rental transactions between owners and travelers. Instead, HomeAway's websites provide a forum for owners to advertise their properties and users to review and find properties. Listing owners arrange bookings and rentals with travelers directly.

4. Owners listing their properties on HomeAway's websites can pay for the services in one of two ways. First, they can buy subscriptions to list their properties for a specified period of time (such as a year). Second, they may choose a pay-per-booking option, paying for HomeAway's services based on a percentage of the total cost of a confirmed booking.

5. To list a property on a HomeAway website, an owner must first register for an account. This requires filling out online forms to provide personal information such as name, address, telephone number, and credit card information. HomeAway takes steps to safeguard such personally identifying information, as it does with respect to information provided by travelers using its websites.

6. Once an owner has an account, he or she can create a listing by providing information about the property, the rental rate and other charges, and other details. HomeAway processes this data and stores it in our systems for use in

2

FURLONG DECLARATION
DWT 30247787v6 0098221-000010

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

connection with listings (including future listings by the same owner) and use of services HomeAway offers. After an owner provides the information to list a property through HomeAway's online system, the listing appears on the HomeAway website almost immediately. Owners provide the information for their listings, and they are solely responsible for the contents of their listings. HomeAway does not author or generate listings on its own. HomeAway does not review listings before they appear on the website. Attached as **EXHIBIT A** is a true and correct copy of the forms that owners complete to create a listing.

7. HomeAway makes clear that owners are responsible for knowing and complying with the relevant laws. For example, owners listing on HomeAway agree "they are responsible for and agree to abide by all laws, rules, ordinances, or regulations applicable to their listings and rental of their properties, including but not limited to laws and requirements relating to taxes…." Attached as **EXHIBIT B** is a true and correct copy of HomeAway's Terms and Conditions.

8. HomeAway provides a guide to help owners understand the laws where they offer short-term rentals, available at https://help.homeaway.com/articles/What-are-my-city-s-potential-regulations. The website warns that "[b]efore you advertise your property for rent, you should review the state and local laws that may apply." Under the heading "Santa Monica," the website states that Santa Monica has "ban[ned] the rental of entire units as vacation rentals" and "legalized the short term rental of a portion of a person's home when the host lives on-site throughout the visitor's stay and when the host obtains a business license, and that "[h]osts are [] required to collect and remit Transient Occupancy Tax (TOT) if not collected and remitted by the hosting platform."

9. Owners and travelers can make arrangements to book and rent properties in several ways. In general, they can do so by messaging each other through HomeAway's websites (a service called HomeAway Secured Communication), or by providing or exchanging telephone numbers or personal

FURLONG DECLARATION
DWT 30247787v6 0098221-000010

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

email addresses and communicating with one another directly. For example, for some listings, a traveler can click a link on the HomeAway websites to make an "inquiry" regarding a property, which goes through HomeAway's systems and causes an email to be sent to the listing owner about the traveler's message. As noted, further communications between the owner and traveler may occur either through HomeAway's secured system or offline.

10. HomeAway also offers options for online reservations and payments (payments are handled and processed by a third-party service). For owners who have enabled the online booking feature, a traveler may make a booking request, which sends a message to the owner's "dashboard" (akin to an inbox) within HomeAway's online systems, and, once again, subsequent communications may take place through the website or offline.

11. When travelers use HomeAway's online booking feature, in the vast majority of instances, a reservation is not effective until accepted by the listing owner (usually within twenty-four hours). Owners using this feature may choose to make payment arrangements separately (*e.g.*, by communications through the website or offline) without using the online payment feature. That a traveler requested a booking does not mean an owner accepted or confirmed the reservation, or, even if he or she did, that the reservation was not later cancelled. For instances when owners use the online payment feature, HomeAway does not act as the merchant of record for any properties in the United States and does not handle payments and charges to travelers' credit cards, nor adjustments, reversals or refunds for rentals that did not occur.

12. More generally, and as our Terms and Conditions explain, owners' listing of properties and use of the HomeAway websites creates no agency relationship between owners and HomeAway.

13. HomeAway's systems collect and retain extensive amounts of information and data supplied by listing owners and travelers. For example, our

FURLONG DECLARATION
DWT 30247787v6 0098221-000010

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

systems retain the information provided by owners for each of their listings, communications between owners and travelers through the website, information stored for and accessible by users in their accounts (travelers can also set up accounts for their communications and use of HomeAway services), and data about online reservations and use of the online payment feature. As noted, HomeAway collects and retains this information for the use of owners and travelers using HomeAway's systems and services.

14. HomeAway takes steps to safeguard owners personally identifying information, as it does with respect to information provided by travelers using its websites. Because of these practices, customers have come to expect we will respect the privacy of their information.

15. I understand Santa Monica has enacted an ordinance regarding short-term residential rentals, which provides that a hosting platform may not "undertake, maintain, authorize, aid, or facilitate or advertise any home-sharing activity that does not comply with Section 6.20.020 of this Code or any vacation rental activity." I am not a lawyer and so cannot opine about the legal effect of this language, but it appears that HomeAway would violate the law if any owner posted a listing for a property that is not fully compliant with all of Santa Monica's short-term rental laws, including that the owner has obtained a city license, collected and remitted all taxes, and complied with all other applicable laws concerning the property, such as requirements for guardrails on windows and smoke detectors.

16. Owners listing their properties on HomeAway websites must affirm that they have complied with all applicable laws. Requiring HomeAway to confirm their compliance would make it extraordinarily difficult, if not impossible, to present listings by owners of properties in Santa Monica. HomeAway would have to decide between removing listings in Santa Monica altogether and committing employees to research all owners' listings and inspect properties (with substantial costs), and even then could not be assured that HomeAway would not be subject to

5

FURLONG DECLARATION
DWT 30247787v6 0098221-000010

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

liability if the city believed a listing or property was non-compliant. In any event, requiring such reviews would significantly encumber and delay owners' listings and use of the HomeAway websites by owners and travelers, effectively destroying the benefits of its websites—speed and efficiency.

17. I also understand that the Ordinance requires HomeAway to disclose customer information, such as names, the number of nights a rental was occupied, and the amounts paid for the occupancy. Requiring HomeAway to disclose this information would undermine customers' confidence in HomeAway's commitment to keeping their information private and damage its business.

18. HomeAway's concerns about the ordinance are underscored by the citations we have received from the City of Santa Monica. Beginning November 24, 2015, we have received citations for more than 100 listings, claiming that HomeAway violated the city's ordinance by listing vacation rentals on its platforms. I attach as **EXHIBIT C** a true and correct copy of letters and citations we have received. HomeAway has paid the fines under protest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of September, 2016, at Austin, Texas.



Bill Furlong

6

FURLONG DECLARATION
DWT 30247787v6 0098221-000010

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899