MARSHA JONES MOUTRIE
City Attorney
JOSEPH LAWRENCE
Assistant City Attorney
ISABEL BIRRUETA (SBN 223485)
Deputy City Attorney
MICHAEL R COBDEN (SBN 262087)
Deputy City Attorney
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8336
Facsimile:  (310) 395-6727
joseph.lawrence@smgov.net
isabel.birrueta@smgov.net
michael.cobden@smgov.net

Attorneys for Defendant
CITY OF SANTA MONICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBNB, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> CITY OF SANTA MONICA, <br><br>      Defendant. | CASE NOS.  **2:16-cv-6645-ODW-AFM; 2:16-cv-06641-ODW-AFM** <br><br> **STIPULATION TO STAY PROCEEDINGS PENDING PROPOSED AMENDMENTS TO THE CHALLENGED ORDINANCE** <br><br> Pretrial Conference: Not Set <br> Trial Date: Not Set |
| HOMEAWAY, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> CITY OF SANTA MONICA, <br><br>      Defendant. | |

Pursuant to Local Rules 7-1 and 52-4.1, Defendant City of Santa Monica ("City") and Plaintiffs Airbnb, Inc. ("Airbnb") and HomeAway, Inc. ("Airbnb") (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

1.      On September 2, 2016, Plaintiffs filed Complaints against the City for declaratory and injunctive relief and a Joint Motion for Preliminary Injunction challenging Santa Monica Municipal Code Chapter 6.20 "Home Sharing and Vacation Rentals" ("the Ordinance").

2.      Plaintiffs' Complaints and Preliminary Injunction Motion assert that the Ordinance violates the Communications Decency Act, 47 U.S.C. § 230, the First and Fourteenth Amendments, the Stored Communications Act, 18 U.S.C. §§ 2701 *et seq*., and the Fourth Amendment.

3.      On September 2, 2016, Plaintiffs also filed related-case notices in both of the above-captioned actions (Case Nos. 2:16-cv-6645-ODW-AFM and 2:16-cv-06641-ODW-AFM).  This Stipulation is being filed in both actions.

4.      The hearing date for the Preliminary Injunction Motion is currently set for October 31, 2016.  The City currently has until September 27, 2016 to respond to Airbnb's Complaint, and September 28, 2016 to respond to HomeAway's Complaint.

5.      In response to the Plaintiffs' Complaints and Preliminary Injunction Motion, the City requested a stay of proceedings to prepare and consider amendments to the Ordinance to address the legal challenges raised by Plaintiffs' actions.

6.      As a result, the City and the Plaintiffs have agreed to request the Court to enter a stay pursuant to the terms set forth herein.

7.      The City represents that (a) its City Council intends to consider proposed amendments to the Ordinance during its November 22, 2016 meeting, and (b) any amendments adopted by the City Council will not become final until they are considered and approved by both a first and second reading during two separate public

STIPULATION TO STAY PROCEEDINGS PENDING ORDINANCE AMENDMENT

1    meetings (separated by at least two weeks) and will not become effective until 30 days

2    after the second meeting.

3          8.    The parties therefore request that all proceedings in the above-captioned

4    matters be stayed until January 12, 2017 or the effective date of any amendments to

5    the Ordinance, whichever comes later.  The parties' request and this Stipulation asks

6    the Court to stay all deadlines to respond to the Complaints and the Preliminary

7    Injunction Motion and all other deadlines or requirements that otherwise would apply

8    under the Federal Rules of Civil Procedure and Local Rules.

9          9.    The City agrees that it will not enforce or seek enforcement of the

10   Ordinance against Plaintiffs during the proposed stay and will not enforce or seek

11   enforcement of the Ordinance or any amendments to the Ordinance retroactively for

12   the period prior to the date when the stay ends or is lifted by the Court.

13         10.   The Plaintiffs and the City agree that by entering into this Stipulation

14   neither party waives any rights, including the rights to seek, obtain or oppose any

15   claim for attorneys' fees and costs under 42 U.S.C. § 1988 or other applicable law,

16   that may have existed prior to this Stipulation.

17         11.   The parties have not previously requested any extensions, continuances,

18   or stay orders in these matters.

19         12.   It is in the parties' interests, and serves judicial economy, to stay these

20   actions and further proceedings, as set forth above.

21

22    Dated: September 21, 2016          MARSHA JONES MOUTRIE
                                         City Attorney
23

24                                       By: _/s/ Michael R. Cobden_____
                                             MICHAEL R. COBDEN
25                                           Deputy City Attorney
                                             City of Santa Monica
26

27

28

**STIPULATION TO STAY PROCEEDINGS PENDING ORDINANCE AMENDMENT**

1  Dated: September 21, 2016                    MUNGER, TOLLES & OLSON LLP

2

3                                              By: /s/ Jonathon H. Blavin_____
                                                   JONATHAN H. BLAVIN
4                                                  Attorneys for Plaintiff Airbnb, Inc.

5

6

7  Dated: September 21, 2016                    DAVIS WRIGHT TREMAINE LLP

8

9                                              By: /s/ James C. Grant_____
                                                   JAMES C. GRANT
10                                                 Attorneys for Plaintiff HomeAway, Inc.

11

12

13

14                              ATTESTATION
15                           (L.R. 5-4.3.4(a)(2)(ii)

16  I hereby attest that all signatories listed, and on whose behalf the filing is submitted,
17  concur in the filing's content and have authorized the filing.

18   Dated: September 21, 2016

19                                              By:  /s/ Michael R. Cobden_____
20                                                   MICHAEL R. COBDEN
                                                     Deputy City Attorney
21                                                   City of Santa Monica

22

23

24

25

26

27

28

                                            4
STIPULATION TO STAY PROCEEDINGS PENDING ORDINANCE AMENDMENT