1 │ MARSHA JONES MOUTRIE
City Attorney
2 │ JOSEPH LAWRENCE
Assistant City Attorney
3 │ ISABEL BIRRUETA (SBN 223485)
Deputy City Attorney
4 │ MICHAEL R COBDEN (SBN 262087)
Deputy City Attorney
5 │ 1685 Main Street, Room 310
Santa Monica, California 90401
6 │ Telephone: (310) 458-8336
Facsimile:  (310) 395-6727
7 │ joseph.lawrence@smgov.net
isabel.birrueta@smgov.net
8 │ michael.cobden@smgov.net

9 │ Attorneys for Defendant
CITY OF SANTA MONICA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Airnub, Inc, | CASE **2:16-cv-06645-ODW**(AFM) |
|---|---|
| v. | **ORDER RE STIPULATION TO STAY PROCEEDINGS PENDING PROPOSED AMENDMENTS TO THE CHALLENGED ORDINANCE** |
| City of Santa Monica, | Pretrial Conference: Not Set<br>Trial Date: Not Set |
| , | |

1

**[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS
PENDING ORDINANCE AMENDMENT**

1

2 ~~[PROPOSED]~~ ORDER STAYING PROCEEDINGS

3

4 Pursuant to stipulation of the parties filed with the Court on September 21, 2016, the

5 Court hereby orders as follows:

6    1.  All proceedings in the above-captioned matters, including deadlines to respond

7        to the Complaint and Motion for Preliminary Injunction, shall be stayed until

8        the effective date of any amendment of the Ordinance, or until January 12,

9        2017, whichever occurs later; and

10   2.  The City shall not enforce or seek enforcement of the Ordinance against

11       Plaintiffs during the proposed stay and shall not enforce or seek enforcement of

12       the Ordinance or any amendments to the Ordinance retroactively for the period

13       prior to the date when the stay ends or is lifted by the Court.

14

15 DATED: _September 22, 2016_____          By:_____

16                                             The Honorable Otis D. Wright II
                                               Judge of the United States District Court
17                                             for the Central District of California

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS**
**PENDING ORDINANCE AMENDMENT**