# United States District Court
# Central District of California

| | |
|---|---|
| AIRBNB, INC., | Case № 2:16-CV-6645-ODW-AFM |
| Plaintiff, | |
| v. | |
| CITY OF SANTA MONICA, | |
| Defendants. | **ORDER DISMISSING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION WITHOUT PREJUDICE** |

Plaintiff Airbnb filed a motion for a preliminary injunction on September 2, 2016 against Defendant, City of Santa Monica's enforcement of Ordinance 2484CC. On September 21, 2016, the parties stipulated to stay the pending matter until January 12, 2017, or until the effective date of any amendments to Ordinance 2484, whichever is later. (ECF No. 19.) The Court granted the requested stay on September 22, 2016. (ECF No. 20.) Therefore, the Court **DISMISSES** the motion for a preliminary injunction without prejudice and vacates the October 28, 2016 hearing on that motion. Plaintiff may refile the motion for a preliminary injunction at any time after the stay is lifted.

**IT IS SO ORDERED.**

September 22, 2016

_____
        **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**