JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AIRBNB, INC.,

Plaintiff,

v.

CITY OF SANTA MONICA,

Defendant.

---

HOMEAWAY.COM, INC.,

Plaintiff,

v.

CITY OF SANTA MONICA,

Defendant.

CASE NOS. **2:16-cv-6645-ODW-AFM; 2:16-cv-06641-ODW-AFM**

**ORDER REGARDING STAY OF PROCEEDINGS PENDING APPEAL OR DISMISSAL OF RELATED CASE**

Pretrial Conference: Not Set
Trial Date: Not Set

# ORDER

Pursuant to stipulation of the parties, the Court hereby orders as follows:

1. All proceedings in the above-captioned matter are stayed until (i) fourteen (14) days after the mandate issues in an appeal by any party of the court's order denying Plaintiffs' motion for a preliminary injunction in *Airbnb, Inc. v. City & County of San Francisco*, No. 3:16-cv-3615-JD, Dkt. No. 74 (N.D. Cal. Nov. 8, 2016); or (ii) thirty (30) days after *Airbnb, Inc. v. City & County of San Francisco*, No. 3:16-cv-3615-JD (N.D. Cal.), is otherwise dismissed in the absence of an appeal.

2. Any party may terminate the stay after April 15, 2017 by sending written notice to the other parties. The stay will terminate thirty (30) days after the date of such written notice.

3. The City shall not enforce or seek enforcement of the Ordinance and its amendments against Plaintiffs or their agents, including retroactively, for the period during the stay of proceedings ordered by the Court.

4. In the event that Plaintiffs intend to file a motion for a preliminary injunction when the stay is lifted by the Court, the City shall not enforce or seek enforcement of the Ordinance and its amendments against Plaintiffs or their agents, including retroactively, for the period necessary for the parties to brief and for the Court to resolve Plaintiffs' motion for a preliminary injunction, and until fourteen (14) days after any order denying Plaintiffs' motion for a preliminary injunction.

DATED: February 28, 2017

By: ______________________________

The Honorable Otis D. Wright II
Judge of the United States District Court for the Central District of California