# United States District Court
# Central District of California

| | |
|---|---|
| HOMEAWAY.COM, INC. <br>     Plaintiff, <br> v. <br> CITY OF SANTA MONICA, <br>     Defendant. <br> AIRBNB, INC., <br>     Plaintiff, <br> v. <br> CITY OF SANTA MONICA, <br>     Defendant. | Case Nos. 2:16-cv-06641-ODW (AFM) <br> 2:16-cv-06645-ODW (AFM) <br><br> **JUDGMENT** |

Plaintiffs HomeAway.com, Inc. and Airbnb, Inc. initiated separate actions to challenge an ordinance (the "Ordinance") passed by the City of Santa Monica, California ("the City") regulating home-share rentals. On December 11, 2017, the Court consolidated the two cases. Each Plaintiff then filed First Amended Complaints seeking injunctive relief under 42 U.S.C. § 1983 due to violations of (1) the First,

Fourth, and Fourteenth Amendments of the U.S. Constitution; (2) the Communications Decency Act ("CDA"), 47 U.S.C § 230, and (3) the Stored Communications Act ("SCA"), 18 U.S.C. § 2701 et seq. (collectively "the federal claims). Plaintiffs also alleged that the Ordinance violated the California Coastal Act, Cal. Pub. Res. Code § 30500 et seq.

On February 15, 2018, the City moved to dismiss Plaintiffs' First Amended Complaints. On June 14, 2018, the Court granted the City's Motion and dismissed Plaintiffs' federal claims with prejudice and dismissed Plaintiffs' California Coastal Act claims without prejudice.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment is entered for the City on Plaintiffs' § 1983 claims, and their claims for violations of the First, Fourth, and Fourteenth Amendments, the CDA, and the SCA.
2. Plaintiffs' California Coastal Act claims are dismissed without prejudice.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 14, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**